STATE of Missouri, Respondent,

v.

Nathan ALLEN, Defendant/Appellant.

No. ED 75880.

Missouri Court of Appeals, Eastern District, Division Five.

June 13, 2000.

Jennifer S. Walsh, Asst. Public Defender, St. Louis, for appellant.

Jeremiah W. (Jay) Nixon, Atty. Gen., David A. McAllister, Asst. Atty. Gen., Jefferson City, for respondent.

Before: MARY R. RUSSELL, C.J.,
LAWRENCE G. CRAHAN, J.,
CHARLES B. BLACKMAR, Sr.J.

## ORDER

PER CURIAM.

Defendant appeals from a judgment and sentence entered on a jury verdict finding him guilty of one count of a class D felony of unlawful use of a weapon, carrying a concealed weapon, section 571.030.1(1) RSMo Cum.Supp.1997. He was sentenced to three years' imprisonment.

No jurisprudential purpose would be served by a written opinion reciting the detailed facts and restating the principles of law. However, the parties have been furnished with a memorandum opinion for their information only, setting forth the facts and reasons for this order.

We affirm the judgment pursuant to Rule 30.25(b).